# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Elizabeth D. McMullen, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00619-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Jasmine Minton, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 4, 2024 Order.

October 4, 2024

_Katherine Hord Simon_
Katherine Hord Simon, Clerk
United States District Court